UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Lees,

                      Plaintiff(s),

      -against –

CW Nexus Credit Card Holdings I, LLC, et al.,
                      Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:22-CV-08764 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled **(as only to Defendant CW Nexus Credit Card Holdings I, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant CW Nexus Credit Card Holdings I, LLC )**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: November 16, 2022
      White Plains, New York

                                          _____
                                            CATHY SEIBEL, U.S.D.J.