UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Lees,

                       Plaintiff(s),

     -against –

CW Nexus Credit Card Holdings I, LLC, et al.,
                       Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:22-CV-08764 (CS)

Seibel, J.

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Trans Union, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Trans Union, LLC)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: December 21, 2022
      White Plains, New York

                                           _____
                                           CATHY SEIBEL, U.S.D.J.