UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Lees,

       Plaintiff(s),

  -against –

CW Nexus Credit Card Holdings I, LLC et al.,
       Defendant(s).
-----------------------------------------------------------X

            **O R D E R**

            7:22-CV-08764 (CS)

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled **(as only to Defendant(s) Equifax Information Services, LLC and Experian Information Solutions, Inc.)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant(s) Equifax Information Services, LLC and Experian Information Solutions, Inc.)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **As Defendant(s) Equifax Information Services, LLC and Experian Information Solutions, Inc. are the only remaining Defendant(s) in this case, the Clerk is directed to close this case.**

  **SO ORDERED**.

Dated: January 18, 2023
   White Plains, New York

                  *Cathy Seibel*
                _____
                CATHY SEIBEL, U.S.D.J.